[No. 8468–2–I.   Division One.   July 27, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY
VERNELL STERLING, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00431–2, George H. Revelle, J., entered
February 6, 1980. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Durham and Corbett, JJ.

[No. 8242–6–I.   Division One.   July 27, 1981.]

THE CITY OF LYNNWOOD, *Appellant,* v. WEST
COAST CLAIMS, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78–2–00220–8, John E. Rutter, Jr.,
J., entered December 5, 1979. *Affirmed* by unpublished
opinion per Swanson, J., concurred in by Ringold, A.C.J.,
and Corbett, J.

[No. 8110–1–I.   Division One.   July 27, 1981.]

AGNES HUNTER, *as Executrix, Appellant,* v.
TOM A. JOHNSTONE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 854984, Frank H. Roberts, Jr., J., entered
October 1, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by James, C.J., and Andersen, J.

[No. 7920–4–I.   Division One.   July 27, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DUANE
EDWARD MURDOCK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 73669, Frank J. Eberharter, J., entered July
20, 1979. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Ringold, A.C.J., and Williams, J.